# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0107

VERSUS

BRANDON LEBOEUF

**MAY 26, 2020**

---

In Re:    Brandon LeBoeuf, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 07-04-0491.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

               **PMc**
               **JEW**
               **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT